# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00583-CV

**In re Alphonso Crutch Life Support Center Charter School**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The Emergency Petition for Writ of Mandamus is denied.  The Motion for Emergency Relief is dismissed as moot.

_____

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Filed:   August 20, 2010